IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JONATHAN EDWARDS, #44510

VS.                                                                  CIVIL ACTION NO. 2:17-cv-206-KS-RHW

JACQUELYN BANKS

ORDER

Pending on this Court's docket is a Motion for Leave to Appeal i*n forma pauperis* [21] and a Motion for Certificate of Appealability [23] filed by Jonathan Edwards. Both motions [21] and [23] were filed on April 3, 2020. On May 6, 2020, the Court of Appeals for the Fifth Circuit issued an order dismissing Edwards' appeal. A certified copy of the Order is document [24] on the Electronic Filing System of this Court. Since the Appeal has been dismissed because of the running of the Statute of Limitations the Motions [21] and [23] are MOOT and are DENIED AS MOOT.

SO ORDERED this the ___4th___ day of February, 2021.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE